[No. 71116-4-I.   Division One.   April 20, 2015.]

*In the Matter of the Detention of* GARTH SNIVELY.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-07258-1, Eric Z. Lucas, J., entered October 24, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Leach, JJ.

[No. 71125-3-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTY R. DIEMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06177-5, Jim Rogers, J., entered October 18, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Cox, J.

[No. 71135-1-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL RAYMUNDO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00871-6, Patrick H. Oishi, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Trickey, JJ.

[No. 71323-0-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DALE MASON-WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00578-2, Timothy A. Bradshaw, J., entered December 3, 2013. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.